1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 O Street
4  Fresno, California 93721
   Telephone: (559) 498-7294
5

FILED

MAY - 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____C. ESTEVES_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:08 CR 00141 OWW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-MJ-00102 SMS |
| Plaintiff, ) | ORDER STAYING MAGISTRATE'S ORDER RELEASING DEFENDANT ON O/R |
| v. ) | |
| BRETT MICHAEL PETERSEN, ) | |
| Defendant. ) | |

Upon application of the United States Government for stay of the order of the Magistrate Judge setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such order.

IT IS FURTHER ORDERED that the hearing on said motion be set as soon as practicable.

Dated: May 7, 2008

_____
SANDRA M. SNYDER
U.S. Magistrate Judge

1