**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0141 OWW |
| | ) | |
| Plaintiff, | ) | MEMORANDUM AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BRETT MICHAEL PETERSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on the Defendant's challenge of the Magistrate Judge's stay of a release order for the above-named Defendant entered May 7, 2008.  Defendant's attorney has moved, ex parte, for relief from stay for immediate release of Defendant.  The government has filed opposition.

The Magistrate Judge has stayed the release order.  This is within the jurisdictional and constitutional authority of a Magistrate Judge.  Defendant's suggestion that the Court has no authority to stay a release order is unfounded.

According to the government's submission, the Defendant is a drug user, had drug debts, and acted to impersonate a DEA agent to extort money and misappropriate funds from a bank account. The victim's identity was allegedly used to obtain two cell

1

1  phones, open three credit cards and several email accounts.  It
2  is represented that the Defendant then stole approximately
3  $900.00 from the victim.
4      A search of the Defendant's residence revealed a starter
5  pistol which had the appearance of a firearm, two police
6  scanners, Sacramento Police Department forms, drug paraphernalia,
7  a glass pipe in packaging material, all alleged to be consistent
8  with an admitted methamphetamine addiction.
9      Plaintiff has not been employed since September of 2007.
10 Although having served in the past as a volunteer firefighter
11 with the Selma Fire Department, he was terminated due to his drug
12 use.  Recent information has been received that Defendant has
13 threatened persons in regard to drug debts.
14     The Defendant's ex parte application for relief from order,
15 in the absence of the United States Attorney who is not present
16 to appear in court on May 9, 2008, is DENIED for the following
17 reasons:  based on the above assertions of the government, it
18 appears that the Defendant is a danger to the community and there
19 is no assurance he will not continue his drug use and/or continue
20 to seek funds or other assets with which to discharge his alleged
21 existing drug debts and to acquire additional drugs.

23 IT IS SO ORDERED.
24 **Dated:   May 9, 2008**               **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE