DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRETT MICHAEL PETERSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>BRETT MICHAEL PETERSEN,<br><br>    *Defendant.* | Case No. 1:08-cr-0141 OWW<br><br>ORDER AUTHORIZING RELEASE OF PRETRIAL SERVICES REPORT |

GOOD CAUSE APPEARING, it is hereby ordered that the Pretrial Services Office for the United States District Court for the Eastern District of California provide copies of the Pretrial Services Report regarding Brett Michael Petersen and any supplemental reports which were presented to United States Magistrate Sandra M. Snyder and that said reports be provided to the Clerk of the Court for inclusion under seal in the record on appeal to be transmitted to the Court of Appeals for the Ninth Circuit for its consideration.

///

///

///

///

Order Authorizing Release of Pretrial Services Report

1  FURTHER, that after said consideration by the United States Court of Appeals for the Ninth
2  Circuit, said reports are to be returned to the files of the Pretrial Services Office for the Eastern District of
3  California and maintained therein and are not to be kept in any other court file.

5  IT IS SO ORDERED.

6  **Dated:   June 11, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

Order Authorizing Release of Pretrial
Services Report                                2